

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

| | |
|---|---|
| Appellate case name: | Sunbelt Rentals, Inc. v. Julie Rogers, Individually and as Next Friend of D.R., a Minor, and Doug Rogers, Individually |
| Appellate case number: | 01-16-00204-CV |
| Trial court case number: | 2013-65334 |
| Trial court: | 151st District Court of Harris County |

Appellant, Sunbelt Rentals, Inc., appeals from an amended final judgment, signed on December 4, 2015. Because Sunbelt timely filed a motion to reform or modify the judgment, Sunbelt's notice of appeal was due by March 3, 2016, or by March 18, 2016, with a fifteen-day extension. *See* TEX. R. APP. P. 26.1(b), 26.3. On March 8, 2016, Sunbelt filed its notice of appeal and motion to extend the time to file the notice of appeal. *See id.* 10.5(b), 26.3. And, Sunbelt filed a "Supplemental Appendix" to its motion to extend time. By its motion, Sunbelt requests an extension of time to file the notice of appeal and "further extend the deadline for filing the necessary accompanying documents." We grant in part Sunbelt's motion and extend the time for filing Sunbelt's notice of appeal to March 8, 2016. We dismiss as moot Sunbelt's request for an extension to file the "necessary accompanying documents."

In response to Sunbelt's motion to extend time, appellees Julie Rogers, Individually and as Next Friend of D.R., a Minor, and Doug Rogers, Individually, filed a motion to dismiss the appeal for want of jurisdiction. Appellees' motion to dismiss is denied.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                        ☒ Acting individually

Date: April 5, 2016